[No. 1445-1. Division One. November 26, 1973.]

FLORENCE COLE, *as Guardian, Appellant,* v. THE CITY OF SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 716148, Nancy A. Holman, J., entered January 6, 1972. *Reversed* by unpublished opinion per Horowitz, J., concurred in by Farris and Callow, JJ.

[No. 1792-1. Division One. November 26, 1973.]

GEORGE B. COLVIN, *Respondent,* v. ELSA C. YOUNG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 731315, William J. Wilkins, J., entered June 12, 1972. *Reversed* by unpublished opinion per Farris, J., concurred in by Horowitz and James, JJ.

[No. 1793-1. Division One. November 26, 1973.]

STANLEY A. TAYLOR *et al., Appellants,* v. EVERETT PLYWOOD CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 105291, Daniel T. Kershner, J., entered June 7, 1972. *Reversed* by unpublished opinion per James, J., concurred in by Swanson, C.J., and Callow, J.

[No. 1901-1. Division One. November 26, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. MARILYN L. DONADT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 61193, George H. Revelle, J., entered September 1, 1972. *Affirmed* by unpublished opinion per Swanson, C.J., concurred in by Farris and Williams, JJ.